**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6963**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

LLEWELLEN FERNANDO SMITH, a/k/a Louie,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:96-cr-00066-REP-20)

_____

Submitted: March 15, 2011         Decided: March 17, 2011

_____

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Llewellen Fernando Smith, Appellant Pro Se. Brian R. Hood, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Llewellen Fernando Smith appeals the district court's order denying relief on his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smith, No. 3:96-cr-00066-REP-20 (E.D. Va. May 6, 2009). We deny Smith's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED